IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: RESTRAINT OF ALL ASSETS HELD
IN THE NAME OF ALAIN GAGNON IN:

ACCOUNT C421M6YH AT OPTIONS
EXPRESS, CHICAGO, ILLINOIS;

ACCOUNT FX113033 AT FX SOLUTIONS,
SADDLE RIVER, NEW JERSEY; and

ACCOUNTS 00017263 and 00017198 AT
FOREX CAPITAL MARKETS, NEW YORK,
NEW YORK

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Misc. No.:

08-260

## RESTRAINING ORDER

WHEREAS, this matter having come before this Court on the *ex parte* application of the

United States of America for a restraining order pursuant to 28 U.S.C. §§ 2467(d)(3)(A),

(d)(3)(B)(ii) and 18 U.S.C. § 983(j), which provides this Court with jurisdiction to enter

restraining orders and take such other action as may be necessary to preserve any property subject

to forfeiture in a foreign proceeding to ensure its availability for forfeiture;

WHEREAS, pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is proper in this Court for the

registration and enforcement of foreign restraining orders affecting property that is the subject of

foreign forfeiture proceedings;

WHEREAS, on September 21 and October 30, 2007, the Court of Québec, Criminal and

Penal Division, issued restraining orders against Alain Gagnon's assets including four accounts

at three financial institutions in the United States. (the "Canadian Restraining Orders");

1

WHEREAS, on April 9, 2008, the Court of Québec, Criminal and Penal Division, amended the September 21, 2007 restraining order to correct a clerical error in an account number;

WHEREAS, the violation of foreign law giving rise to forfeiture in Canada would constitute violations or offenses that would give rise to forfeiture under United States law if committed in the United States;

WHEREAS, the Assistant Attorney General of the Criminal Division of the United States Department of Justice, being duly authorized, has certified that it is in the interest of justice to enforce the Canadian Restraining Orders;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 28 U.S.C. § 2467(d)(3)(A) and (d)(3)(B)(ii) THAT:

1.  The restraining order issued by the Court of Québec, Criminal and Penal Division, dated September 21, 2007, as amended on April 9, 2008, and the order issued on October 30, 2007, which orders and amendment are attached hereto with English translations, shall hereby be given effect.

2.  Effective immediately, all monies, assets, and other things of value held in the following accounts (the "Property") are hereby RESTRAINED:

   (a)  Account C421M6YH held at Options Express, 311 West Monroe, Room 1000, Chicago, Illinois, 60606

   (b)  Account FX113033 held at FX Solutions, One Route 17 South, Suite 260, Saddle River, New Jersey, 07458

   (c)  Accounts 00017263 and 00017198 held at Forex Capital Markets, 32 Old Slip Road, 10th Floor, New York, New York 10005

2

3.      All persons, including Alain Gagnon, his agents, servants, employees, attorneys, family members (including Elaine Patrice), those persons in active concert or participation with him, and anyone in possession of or holding any interest in the Property, be and are hereby ENJOINED AND RESTRAINED from withdrawing, transferring, selling, assigning, pledging, distributing, giving away, encumbering, wasting, secreting or otherwise participating in the disposal, removal or alienation by any means of any interest, direct or indirect, in the Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order and provided that, in accordance with 28 U.S.C. § 2467(d)(3)(C), no person may object to this Order on the grounds that it is the subject of parallel litigation involving the same Property pending in a foreign court.

4.      The financial institutions holding the Property shall continue to receive and credit monies, deposits, interest, dividends, or other things of value to the account identified above, which additional assets shall be subject to this Order and restrained pursuant to its terms. Upon receiving notice of this Order, the affected financial institution shall disclose to the United States the exact amount on deposit and the approximate market value and makeup of any assets not held in currency at the time the assets are frozen pursuant to this Order, shall hereafter provide to the United States a monthly statement of the accounts, and shall promptly respond to requests by the United States for information concerning the accounts at any time thereafter for as long as this Order remains in place.

5.      The United States, may serve a copy of the this Order on the affected financial institution by facsimile, and, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure or

3

other applicable law, shall seek to provide a copy of the Court's Order to identifiable persons

holding a legal interest in the Property, including:  Alain Gagnon and Elaine Patrice

    6.    The terms of this Restraining Order shall remain in full force and effect until

further order of this Court.

Dated this 2 9 th day of April, 2008.


                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        United States District Court for the
                                        District of Columbia

CANADA

COUR DU QUÉBEC
Chambre criminelle et pénale

PROVINCE DE QUÉBEC
DISTRICT DE HULL

NO : 550 - 26 -
           cc-505- 072

DIRECTEUR DES POURSUITES
CRIMINELLES ET PÉNALES
(Avis d'adresse : 6 322 661)
**Requérant**

c.

ALAIN GAGNON
ELAINE PATRICE
**Intimés**

SARAH ÉMILIE GAGNON
CAISSE POPULAIRE DESJARDINS DU
      CŒUR- DES VALLÉES
BANQUE ROYALE DU CANADA
HYDRO QUÉBEC
OPTIONS EXPRESS
MUNICIPALITÉ DE L'ANGE-GARDIEN
COMMISSION SCOLAIRE AU CŒUR-
      DES-VALLÉES
OFFICIER RESPONSABLE DU BUREAU
      DE LA PUBLICITÉ DES DROITS DE LA
      CIRCONSCRIPTION          FONCIÈRE
      PAPINEAU
**Mis-en-cause**

---

## ORDONNANCE DE BLOCAGE SUIVANT L'ARTICLE 462.33 DU CODE CRIMINEL

---

– **CONSIDÉRANT** la requête ex parte présentée par M<sup>e</sup> Claude Haccoun, procureur aux poursuites criminelles et pénales ;

– **CONSIDÉRANT** l'affidavit du caporal Maxime Boutin, membre de la Gendarmerie royale du Canada (GRC);

–    **CONSIDÉRANT** que ledit affidavit est conforme aux exigences de l'article 462.33 du Code criminel;

–    **CONSIDÉRANT** ma conviction que l'avis prévu au paragraphe 462.33(5) du Code criminel risque d'occasionner la disparition du bien visé, son aliénation ou une diminution de sa valeur de telle façon qu'une ordonnance de confiscation en vertu des articles 462.37 et 462.38 du Code criminel deviendrait impossible ou inopérante;

–    **CONSIDÉRANT** l'engagement du Directeur des poursuites criminelles et pénales, suivant les dispositions de l'article 462.33(7) du Code criminel, dûment signé par Me Yves Paradis, mandataire spécialement autorisée aux fins de l'article 462.33(7) du Code criminel;

–    **CONSIDÉRANT** ma conviction qu'il y a des motifs raisonnables de croire qu'il existe un bien à l'égard duquel une ordonnance de confiscation pourrait être rendue en vertu des articles 462.37(1) et 462.38(2) du Code criminel et, en particulier, le bien suivant:

## ITEM 1

Un immeuble situé au 57 chemin Palma, municipalité de L'Ange-Gardien, province de Québec, J8L 2W7, enregistré au Bureau de la publicité des droits de la circonscription foncière de Papineau, au nom de Alain Gagnon et Élaine Patrice, immeuble désigné comme suit:

« Le lot **23C-4, Rang 3**, au cadastre officiel du canton de Buckingham, circonscription foncière de Papineau.

Avec toutes bâtisses y érigées, circonstances et dépendances, portant le numéro 57 chemin Palma, municipalité de L'Ange-Gardien, province de Québec, J8L 2W7.

Tel que le tout se trouve actuellement avec toutes les servitudes actives et passives, apparentes ou occultes attachées audit immeuble.»

## ITEM 2

Toutes sommes d'argent et autres valeurs contenues et/ou rattachées au folio 15938-1 détenues à la Caisse Populaire Cœur des vallées située au 63 chemin Montréal à Masson-Angers, J8M 1K7, compte détenu par Alain Gagnon et Élaine Patrice.

## ITEM 3

Toutes sommes d'argent et autres valeurs contenues et/ou rattachées aux comptes de banque numéro 00372-450-2746 et 00372-507-7425 détenues à la Banque Royale du Canada (RCB) de la succursale située au 303 Moodie Drive, Ottawa, Ontario, H2H 9R4. Ces deux comptes sont détenus par Alain Gagnon.

## ITEM 4

Toutes sommes d'argent et autres valeurs contenues et/ou rattachées au compte numéro C421M64H détenues auprès de la compagnie Options Express située au 311 West Monroe, local 1000, Chicago, Illinois, État-Unis, 60606. Ce compte est détenu par Alain Gagnon.

## POUR CES MOTIFS :

1.    **JE DISPENSE** le Directeur des poursuites criminelles et pénales de donner quelque avis que ce soit quant à la présentation de la requête pour l'émission de la présente ordonnance de blocage ;

2.    **J'ORDONNE** le blocage des biens décrits ci-haut et le blocage de tout intérêt ou droit assurable sur lesdits biens, incluant le droit de recevoir le produit d'assurance versé aux termes de toutes polices d'assurances, actuelles ou futures, relatives auxdits biens ;

3.    **J'ORDONNE** que, dans l'éventualité où une réclamation était présentée en vertu d'une police d'assurance émise actuellement ou ultérieurement sur ces biens, sous réserve des droits des créanciers pouvant en découler, tous produits d'assurance soient payés au Directeur des poursuites criminelles et pénales qui en prendra possession et les administrera jusqu'à ce qu'un tribunal compétent statue à leur sujet ;

4.    **J'INTERDIS À QUICONQUE** dont notamment mais non limitativement à **Alain Gagnon et Élaine Patrice** et le cas échéant, leur ayants droit, mandataires, prête-noms, héritiers, liquidateurs de succession et autres représentants, **DE SE DÉPARTIR** des biens faisant l'objet de la présente ordonnance de blocage, de les **GREVER**, directement ou indirectement, d'agir de façon à les **GREVER** de quelque charge que ce soit, d'agir de façon à permettre qu'ils soient **ALIÉNÉS OU GREVÉS** de quelque façon que ce soit, de les **DÉTRUIRE, ALTÉRER OU MODIFIER** physiquement ;

5.    **J'ORDONNE À QUICONQUE** dont notamment mais non limitativement à **Alain Gagnon et Élaine Patrice** et, le cas échéant, leurs ayants droit, mandataires, prête-noms, héritiers, liquidateurs de succession et autres représentants, de remplir les obligations dévolues au propriétaire, à l'occupant et/ou au possesseur des biens décrits à la présente, notamment mais non limitativement :

&mdash;    d'acquitter toutes les taxes foncières, taxes de service, toutes les dépenses de service incluant les comptes d'Hydro-Québec et d'acquitter tout arrérage relatif à ces taxes ou dépenses ;

&mdash;    de maintenir les biens assurés adéquatement contre toutes les formes de perte ;

&mdash;    faire parvenir au Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec sis au 1200, rue Taillon, 1$^{er}$ étage, Québec, province de Québec, G1N 3V5, dans les sept (7) jours de la signification de la présente ordonnance une copie de la police d'assurance qui protège le bien décrit à l'ITEM 1 ci-dessus contre toutes formes de pertes et qui comporte un avenant prévoyant que toute indemnité payable à l'égard de ce bien en vertu de cette police devra être payable irrévocablement au Directeur des poursuites criminelles et pénales tant que le bien assuré fera l'objet d'une ordonnance de blocage ;

&mdash;    d'informer, dans les plus brefs délais, le Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec de tout changement relatif à la police d'assurance protégeant le bien décrit ci-haut en lui faisant parvenir copie de cette nouvelle police à la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec au 1200, rue Taillon, 1$^{er}$ étage, Québec (Québec), G1N 3V5 ;

&mdash;    de remplir toutes et chacune des obligations découlant de charges ou de prêts hypothécaires ou autres sur le bien en question.

6.    **J'ORDONNE À QUICONQUE** dont, notamment mais non limitativement, **Alain Gagnon et Élaine Patrice** et le cas échéant, leurs ayants droits, mandataires, prête-noms, héritiers, liquidateurs de succession et autres représentants, de **RENDRE COMPTE** au Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec, de l'exercice de ses obligations prévues au paragraphe 5 en faisant parvenir ou en fournissant sur demande, à tout représentant du Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec, les renseignements ou documents demandés;

7.    **JE PERMETS** au Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec de prendre toutes les mesures de conservation qu'il jugera appropriées relativement au bien ci-haut décrit s'il a des raisons de croire que le bien est mis en péril ;

8.    **J'AUTORISE** le Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec à :

A)    **PÉNÉTRER immédiatement** à l'intérieur de l'immeuble ci-haut décrit, accompagné du personnel requis afin de :

i)   faire une inspection et un inventaire sommaires des lieux ;

ii)  filmer les lieux sur bande magnétoscopique et prendre toutes les photos nécessaires afin d'établir l'état des lieux au moment de l'enregistrement de la présente ordonnance de blocage ;

**B)   PÉNÉTRER ultérieurement**, soit mensuellement, à l'intérieur de l'immeuble ci-haut décrit pour y faire une inspection afin de s'assurer de l'état des lieux et de vérifier l'inventaire des biens qui doivent s'y trouver afin de prendre, s'il y a lieu, sans préavis, toutes les mesures conservatoires d'urgence prévues au paragraphe 7 de la présente ;

9.   **J'ORDONNE À QUICONQUE** dont notamment mais non limitativement à **Alain Gagnon et Élaine Patrice** et le cas échéant, leurs ayants droit, mandataires, prête-noms, héritiers, liquidateurs de succession et autres représentants, **DE PERMETTRE** au Directeur de la Direction des fournitures et de l'ameublement du Centre de services partagés du Québec, à compter de la date de la présente ordonnance de blocage, et par la suite avec préavis, **DE PROCÉDER** à l'inspection sommaire du bien ci-haut décrit, pour s'assurer que les personnes nommées ci-haut se conforment aux obligations décrites au paragraphe 5 ou, sans préavis, pour prendre les mesures conservatoires d'urgence prévues au paragraphe 7 des présentes, le tout conformément au paragraphe 8 de la présente ;

10.  **J'ORDONNE** à la mise-en-cause, **Caisse populaire Desjardins du Cœur-des-Vallées, D'ÉTABLIR** de façon précise et détaillée les dettes réelles affectant l'immeuble décrit à l'ITEM 1 des présentes, en vertu des actes publiés au Bureau de la publicité des droits de la circonscription foncière Papineau sous les numéros **11 665 716 et 11 660 745**, en fournissant au Directeur des poursuites criminelles et pénales (à l'attention de son représentant M$^e$ Claude Haccoun au 2050, de Bleury, # 7.00 Montréal (Québec) (téléphone : (514) 873-1096, télécopieur : (514) 873-1236)), dans les 5 jours de la signification de la présente ordonnance de blocage, tous les documents constatant l'endettement auquel réfère la garantie hypothécaire affectant l'immeuble décrit à l'ITEM 1 des présentes ;

11.  **J'INTERDIS** à la mise-en-cause, **Caisse populaire Desjardins du Cœur-des-Vallées**, d'**AUTORISER** et/ou d'**EFFECTUER** tout décaissement additionnel (hypothécaire ou via une marge de crédit ou carte de crédit ou autrement) ou autre forme de crédit qui constituerait une augmentation de charge grevant l'immeuble décrit à l'ITEM 1 des présentes, pour quelque somme ou montant additionnel que ce soit, via l'acte hypothécaire affectant ledit immeuble ou autrement et ce, à quelque titre que ce soit, à compter de la signification de la présente ordonnance de blocage ;

12.  **J'ORDONNE** que la dette ou garantie réelle affectant l'immeuble décrit à l'ITEM 1 de la présente soit limitée au montant actuel de celle-ci en date de la signification de la présente ordonnance de blocage ;

13. **J'ORDONNE** au **distributeur d'électricité** (Hydro-Québec ou autre) de communiquer le solde échu impayé et les procédures relatives à une interruption de service pour non paiement (incluant les avis de retard) apparaissant au dossier de l'intimé responsable de l'abonnement pour l'immeuble décrit à l'item 1 des présentes et de la transmettre à Madame Diane Lessard Martineau au 2050, de Bleury, #7.00, Montréal (Québec) H3A 2J5 ou par télécopieur au 514-873-1236 dès que celle-ci en fera la demande;

14. **J'INTERDIS À QUICONQUE** dont notamment mais non limitativement à **Sarah Émilie Gagnon**, à la **Caisse populaire Desjardins du Cœur-des-Vallées**, à la **Banque Royale du Canada**, à la **Municipalité de L'Ange-Gardien**, à la **Commission scolaire au Cœur-des-Vallées** et à **Options Express**, **D'ENTREPRENDRE, DE CONTINUER, D'EXERCER** ou **D'EXÉCUTER** quelque recours garantie ou recours que ce soit sur les biens décrits à la présente, sauf avec l'accord écrit du Directeur des poursuites criminelles et pénales à la suite d'une demande écrite en ce sens adressée à celui-ci au 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (téléphone : (514) 873-1096, télécopieur : (514) 873-1236) ;

15. **J'ORDONNE à l'Officier responsable du Bureau de la publicité des droits de la circonscription foncière Papineau** d'inscrire la présente ordonnance de blocage contre l'immeuble décrit aux présentes ;

16. **J'INTERDIS à l'Officier responsable du Bureau de la publicité des droits de la circonscription foncière Papineau** de faire quelque inscription que ce soit visant à aliéner ou grever l'immeuble décrit aux présentes ou visant à modifier, affecter ou diminuer de quelque façon que ce soit, les droits du Directeur des poursuites criminelles et pénales sur ledit bien, suite à l'inscription de la présente ordonnance de blocage, sauf avec l'accord écrit du Directeur des poursuites criminelles et pénales émis par son représentant au 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (téléphone : (514) 873-1096, télécopieur : (514) 873-1236) ;

17. **J'AUTORISE** les parties à s'adresser à un juge d'une Cour compétente pour faire préciser ou modifier la présente ordonnance de blocage ;

18. **J'ORDONNE** la mise sous scellés de tous les documents présentés au soutien de la demande d'ordonnance de blocage, ainsi que cette ordonnance et ce, jusqu'à ce qu'un tribunal compétent en ordonne la divulgation.

19. **J'ORDONNE** que la présente ordonnance de blocage soit signifiée (par agents de la paix – y compris un agent de la paix américain, huissiers, courrier recommandé, publication dans un journal circulant dans la localité de la dernière adresse connue ou, si aucun journal circule dans cette localité, dans un journal de la localité où est situé l'immeuble ou par dépôt au greffe de la Cour du Québec du district où chaque personne physique visée a sa résidence et/ou chaque personne morale a son siège social ou une place d'affaires) à:

**Alain Gagnon**
57 rue Palma
l'Ange-Gardien (Québec)  J8L 2W7


**Elaine Patrice**
57 rue Palma
l'Ange-Gardien (Québec)  J8L 2W7


**Sarah Émilie Gagnon**
57 rue Palma
l'Ange-Gardien (Québec)  J8L 2W7


**Caisse populaire Desjardins du Cœur-des-Vallées**
63 chemin Montréal Est
Masson-Angers (Québec)  J8M 1K3


**Banque Royale du Canada**
303 Moodie Drive
Ottawa (Ontario)  K2H 9R4


**Municipalité de L'Ange-Gardien**
Service de la taxation
870 ch. Donaldson
L'Ange-Gardien (Québec)  J8L 2W7


**Commission scolaire au Cœur-des-Vallées**
582 rue MacLaren est
Gatineau (Québec) J8L 2W2


**Hydro Québec**
a/s Madame Louise Dubois, conseillère commercialisation
140 boul. Crémazie ouest, 2e étage
Place Crémazie
Montréal (Québec) H2P 1C3

**Options Express**
311 West Monroe, suite 1000
Chicago, Illinois, État-Unis  60606

**Officier responsable du Bureau de la publicité
des droits de la circonscription foncière Papineau**
266, rue Viger, bureau 1
Papineauville (Québec) J0V 1R0

Rendue à Hull, ce *21* ième jour de septembre 2007

—————————————————————
JEAN-FRANÇOIS GOSSELIN, J.C.Q.
Juge de la Cour du Québec



**Ministère**
**de la Justice**
Québec

Direction des services professionnels

# CERTIFICATION

I, the undersigned, Doris Caroline, a translator with the Ministère de la Justice du Québec, certify that the attached translation, which I prepared, is in all respects a true translation of the Restraint Order made on September 21, 2007, originally written in French and forming part of Court File No. 550-26-000303-072 in the District of Hull, in the Province of Québec.

January 28, 2008

Doris Caroline
Direction des services professionnels

Édifice Louis-Philippe-Pigeon
1200, route de l'Église, 2ᵉ étage
Ste-Foy (Québec) G1V 4M1
Téléphone : (418) 643-1427
Télécopieur : (418) 646-1696
www.justice.gouv.qc.ca

**CANADA**

**PROVINCE OF QUÉBEC**
**DISTRICT OF HULL**

**NO.** 550-26-000303-072

**COURT OF QUÉBEC**
**Criminal and Penal Division**

DIRECTOR OF CRIMINAL AND PENAL
PROSECUTIONS
(Notice of Address: 6 322 661)
**Applicant**

v.

ALAIN GAGNON
ELAINE PATRICE
**Respondents**

SARAH ÉMILIE GAGNON
CAISSE POPULAIRE DESJARDINS DU
     COEUR DES VALLÉES
BANQUE ROYALE DU CANADA
HYDRO QUÉBEC
OPTIONS EXPRESS
MUNICIPALITÉ DE L'ANGE-GARDIEN
COMMISSION SCOLAIRE AU COEUR-
     DES-VALLÉES
REGISTRAR IN CHARGE OF THE
     REGISTRY OFFICE OF THE
     REGISTRATION DIVISION
     OF PAPINEAU
**Mis en cause**

---

### RESTRAINT ORDER UNDER SECTION 462.33 OF THE CRIMINAL CODE

---

- **CONSIDERING** the *ex parte* application of Claude Haccoun, Criminal and Penal Prosecuting Attorney;

- **CONSIDERING** the affidavit of Corporal Maxime Boutin, a member of the Royal Canadian Mounted Police (RCMP);

- **WHEREAS** the said affidavit meets the requirements of section 462.33 of the Criminal Code;

- **WHEREAS** I am satisfied that giving the notice provided for in subsection 462.33(5) of the Criminal Code could result in the disappearance, dissipation or reduction in value of the property or otherwise affect the property so that all or a part thereof could not be subject to an order of forfeiture under sections 462.37 or 462.38 of the Criminal Code;



- **CONSIDERING** the undertaking of the Director of Criminal and Penal Prosecutions pursuant to section 462.33(7) of the Criminal Code, duly signed by Yves Paradis, mandatary specifically authorized for the purposes of section 462.33(7) of the Criminal Code;

- **WHEREAS** I am satisfied that there are reasonable grounds to believe that there exists property in respect of which an order of forfeiture may be made under subsection 462.37(1) or 462.38(2) of the Criminal Code and, more specifically,

### ITEM 1

An immovable situated at 57 chemin Palma, municipality of L'Ange-Gardien, province of Québec, J8L 2W7, registered at the registry office of the registration division of Papineau, in the name of Alain Gagnon and Elaine Patrice, which immovable is described as follows:

> Lot **23C-4**, **Range 3**, of the official cadastre of the township of Buckingham, registration division of Papineau.

> With all buildings erected thereon, including appurtenances, bearing number 57 chemin Palma, municipality of L'Ange-Gardien, province of Québec, J8L 2W7.

> In their present condition, with all passive or active, apparent or non-apparent servitudes attached to the said immovable.

### ITEM 2

All funds and other securities contained in and/or related to account number 15938-1 held at the Caisse Populaire Coeur-des-vallées located at 63 chemin Montréal in Massons-Angers, J8M 1K7, which account is held by Alain Gagnon and Élaine Patrice.

### ITEM 3

All funds and other securities contained in and/or related to account numbers 00372-450-2746 and 00372-507-7425 held at the Royal Bank of Canada (RBC) at the branch located at 303 Moodie Drive, Ottawa, Ontario, H2H 9R4, which accounts are held by Alain Gagnon.

### ITEM 4

All funds and other securities contained in and/or related to account number C421M64H held at the Options Express company located at 311 West Monroe, Room 1000, Chicago, Ilinois, United States, 60606, which account is held by Alain Gagnon.



**FOR THESE REASONS:**

1.　**I EXEMPT** the Director of Criminal and Penal Prosecutions from giving any notice whatsoever regarding the presentation of the application for the issue of this restraint order;

2.　**I ORDER** the restraint of the above-described property and the restraint of any interest or insurable right in the said property, including the right to receive insurance proceeds paid under the terms of any current or future insurance policy relating to the said property;

3.　**I ORDER** that should a claim be made under an insurance policy that has been issued or that is subsequently issued on the property, subject to the rights of any creditors arising thereunder, all insurance proceeds be paid to the Director of Criminal and Penal Prosecutions who will take possession of and manage them until a competent court makes an order in their respect;

4.　**I PROHIBIT ANY PERSON**, including specifically, but not exclusively, **Alain Gagnon and Élaine Patrice** and, if applicable, their successors, mandataries, nominees, heirs, succession liquidators and other representatives, **FROM DISPOSING OF**, directly or indirectly **CHARGING**, acting to **CHARGE** in any manner whatsoever, or acting to allow to be **ALIENATED OR DISPOSED OF OR CHARGED** in any manner whatsoever, or **DESTROYING, PHYSICALLY ALTERING OR MODIFYING** the property that is the subject of this restraint order;

5.　**I ORDER ANY PERSON**, including specifically, but not exclusively, **Alain Gagnon and Élaine Patrice**, and, if applicable, their successors, mandataries, nominees, heirs, succession liquidators and other representatives to perform the duties devolving upon the owner, occupant and/or possessor of the property described in this order, including but not exclusively,

-　to pay all property taxes, service taxes, all services expenses including Hydro-Québec accounts, and to pay all arrears relating to those taxes or expenses;

-　to maintain adequate insurance on the property against all types of losses;

-　to send to the Director of Supplies and Furniture, Centre de services partagés du Québec, 1200 rue Taillon, 1st Floor, Québec, province of Québec, G1N 3V5, within seven (7) days of the service of this order, a copy of the insurance policy covering the property described in ITEM 1 above against all types of losses and containing an endorsement providing that any benefit payable under the policy in respect of the property is to be irrevocably payable to the Director of Criminal and Penal Prosecutions during the time the insured property is subject to a restraint order;

-　to inform, as soon as practicable, the Director of Supplies and Furniture of the Centre de services partagés du Québec of any change relating to the insurance policy covering the above-described property by sending a copy of

the new policy to the Director of Supplies and Furniture, Direction des fournitures et de l'ameublement, Centre de services partagés du Québec, 1200 rue Taillon, 1st Floor, Québec, province of Québec, G1N 3V5;

- to perform any and all duties arising from charges or hypothecary or other loans against the property in question.

6.    **I ORDER ANY PERSON**, including specifically, but not exclusively, **Alain Gagnon and Élaine Patrice** and, if applicable, their successors, mandataries, nominees, heirs, succession liquidators and other representatives **TO REPORT** to the Director of Supplies and Furniture of the Centre de services partagés du Québec on their performance of the duties set out in paragraph 5 by sending or providing on request to any representative of the Director of Supplies and Furniture of the Centre de services partagés du Québec the information or documents requested;

7.    **I PERMIT** the Director of Supplies and Furniture of the Centre de services partagés du Québec to take all measures the Director considers appropriate to preserve the above-described property if he or she has grounds to believe that the property is threatened;

8.    **I AUTHORIZE** the Director of Supplies and Furniture of the Centre de services partagés du Québec to

(A)    **Immediately ENTER INTO OR ON** the above-described immovable, accompanied by the personnel necessary to

(i)    make a summary inspection and inventory of the premises;

(ii)    videotape the premises and take all photographs necessary to establish the condition of the premises at the time of the registration of this restraint order;

(B)    **Subsequently ENTER INTO OR ON** the above-described immovable, monthly, to inspect it to examine the state of the premises and verify the inventory of the items of property that should be found there in order to, without notice if necessary, take the emergency measures provided for in paragraph 7 of this order to preserve the property;

9.    **I ORDER ANY PERSON**, including specifically, but not exclusively, **Alain Gagnon and Élaine Patrice** and, if applicable, their successors, mandataries, nominees, heirs, succession liquidators and other representatives **TO ALLOW** the Director of Supplies and Furniture of the Centre de services partagés du Québec, commencing on the date of this restraint order, and thereafter with notice, **TO PROCEED** with a summary inspection of the above-described property, to ensure that the above-named persons perform the duties described in paragraph 5 or, without notice, to take the emergency measures provided for in paragraph 7 of this order to preserve the property, the whole in accordance with paragraph 8 of this order;



10.    **I ORDER** mise-en-cause **Caisse populaire Desjardins du Coeur-des-vallées TO ESTABLISH** accurately and in detail the real debts affecting the immovable described in ITEM 1 of this order pursuant to the acts or deeds registered in the registry office of the registration division of Papineau under numbers **11 665 716** and **11 660 745** by providing, within 5 days after the service of this restraint order, all documents confirming the indebtedness to which the hypothecary security affecting the immovable described in ITEM 1 of this order applies to the Director of Criminal and Penal Prosecutions (to the attention of the Director's representative, Claude Haccoun, 2050, de Bleury, #7.00, Montréal (Québec) (telephone: 514-873-1096; fax: 514-873-1236);

11.    **I PROHIBIT** mise-en-cause **Caisse populaire Desjardins du Coeur-des-vallées from AUTHORIZING** and/or **MAKING** any further disbursement (through a hypothec, credit line or credit card or otherwise) or other form of credit that would increase the charges against the immovable described in ITEM 1 of this order, for any sum or additional amount whatsoever, through the hypothec affecting the said immovable or otherwise, by whatsoever means, as of the service of this restraint order;

12.    **I ORDER** that the real debt or security affecting the immovable described in ITEM 1 of this order be limited to the current amount of the debt or security on the date of service of this restraint order;

13.    **I ORDER** the **electricity distributor** (Hydro-Québec or other) to disclose the unpaid balance owing and proceedings relating to interruption of service for non-payment (including late payment notices) appearing in the file of the respondent responsible for the subscription for the immovable described in ITEM 1 of this order to Diane Lessard Martineau at 2050, de Bleury, #7.00, Montréal (Québec) H3A 2J5 or by fax to 514-873-1236 and send them to her upon her request;

14.    **I PROHIBIT ANY PERSON**, including specifically, but not exclusively, **Sarah Émilie Gagnon, Caisse Populaire Desjardins du Coeur-des-vallées, the Royal Bank of Canada, the Municipality of L'Ange-Gardien, the Commission scolaire au Coeur-des-Vallées and Options Express, FROM COMMENCING, CONTINUING, EXERCISING OR EXECUTING** any security or proceeding whatsoever against the property described in this order without the written consent of the Director of Criminal and Penal Prosecutions after a written request to that effect addressed to the Director of Criminal and Penal Prosecutions, 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (telephone: (514) 873-1096; fax: (514) 837-1236);

15.    **I ORDER the Registrar in charge of the Registry Office of the Registration Division of Papineau** to register this restraint order against the immovable described in this order;

16.    **I PROHIBIT the Registrar in charge of the Registry Office of the Registration Division of Papineau** from making any entry whatsoever to alienate or affect the immovable described in this order or to change, affect or reduce in any manner whatsoever the rights of the Director of Criminal and Penal Prosecutions in respect of the said property following the registration of this restraint order without the written consent of the Director of Criminal and Penal Prosecutions delivered



by the Director's representative at 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (telephone: (514) 873-1096; fax: (514) 837-1236);

17. **I AUTHORIZE** the parties to apply to a judge of a competent court for clarification or variation of this restraint order;

18. **I ORDER** that all documents produced in support of the application for a restraint order, and this restraint order, be kept under seal until a competent court orders their disclosure;

19. **I ORDER** the service of this restraint order (by a peace officer - including an American peace officer, bailiff, registered mail, publication in a newspaper circulating in the area of the last known address or, if no newspaper circulates in the area then a newspaper in the area in which the immovable is situated, or by a filing in the office of the Court of Québec in the district in which each individual concerned resides and/or each legal person has its head office or a place of business) to:

**Alain Gagnon**
57 rue Palma
L'Ange-Gardien (Québec) J8L 2W7

**Élaine Patrice**
57 rue Palma
L'Ange-Gardien (Québec) J8L 2W7

**Sarah Émilie Gagnon**
57 rue Palma
L'Ange-Gardien (Québec) J8L 2W7

**Caisse populaire Desjardins du Cœur-des-vallées**
63 chemin Montréal Est
Masson-Angers (Québec) J8M 1K3

**Royal Bank of Canada**
303 Moodie Drive
Ottawa, Ontario  K2H 9R4

**Municipalité de L'Ange-Gardien**
Service de la taxation
870 chemin Donaldson
L'Ange-Gardien (Québec) J8L 2W7

**Commission scolaire au Cœur-des-Vallées**
582 rue MacLaren Est
Gatineau (Québec) J8L 2W2

**Hydro-Québec**
c/o Ms. Louise Dubois, Marketing Advisor
Place Crémazie
140 boul. Crémazie Ouest, 2e étage
Montréal (Québec) H2P 1C3

**Options Express**
311 West Monroe, Suite 1000
Chicago, Illinois, USA 60606

**Registrar in charge of the Registry Office
of the Registration Division of Papineau**
266 rue Viger, bureau 1
Papineauville (Québec) J0V 1R0


Made at Hull, this 21st day of September, 2007.


_____[signature]_____
JEAN-FRANÇOIS GOSSELIN, J.C.Q.
Judge of the Court of Québec

**CANADA**

**COUR DU QUÉBEC**
<u>Chambre criminelle et pénale</u>

**PROVINCE DE QUÉBEC**
**DISTRICT DE HULL**

**NO :** 550·26 - 000342·070

**DIRECTEUR DES POURSUITES**
**CRIMINELLES ET PÉNALES**
**Requérant**

**c.**

ALAIN GAGNON
**Intimé**

FX SOLUTIONS
FOREX CAPITAL MARKETS
**Mises-en-cause**

---

### ORDONNANCE DE BLOCAGE SUIVANT L'ARTICLE 462.33 DU CODE CRIMINEL

---

–    **CONSIDÉRANT** la requête ex parte présentée par M$^e$ Claude Haccoun, procureur aux poursuites criminelles et pénales ;

–    **CONSIDÉRANT** l'affidavit du caporal Maxime Boutin, membre de la Gendarmerie royale du Canada (GRC);

–    **CONSIDÉRANT** que ledit affidavit est conforme aux exigences de l'article 462.33 du Code criminel;

–    **CONSIDÉRANT** ma conviction que l'avis prévu au paragraphe 462.33(5) du Code criminel risque d'occasionner la disparition du bien visé, son aliénation ou une diminution de sa valeur de telle façon qu'une ordonnance de confiscation en vertu des articles 462.37 et 462.38 du Code criminel deviendrait impossible ou inopérante;

–    **CONSIDÉRANT** l'engagement du Directeur des poursuites criminelles et pénales, suivant les dispositions de l'article 462.33(7) du Code criminel, dûment signé par Me Yves Paradis, mandataire spécialement autorisée aux fins de l'article 462.33(7) du Code criminel;

–    **CONSIDÉRANT** ma conviction qu'il y a des motifs raisonnables de croire qu'il existe un bien à l'égard duquel une ordonnance de confiscation pourrait être rendue en

vertu des articles 462.37(1) et 462.38(2) du Code criminel et, en particulier, les biens suivants:

## ITEM 1

Toutes sommes d'argent et autres valeurs contenues et/ou rattachées au compte folio numéro FX113033 détenu auprès de la compagnie FX Solutions située au One Route 17 South, suite 260, Saddle River, NJ, USA, 07458. Ce compte est détenu par Alain Gagnon.

## ITEM 2

Toutes sommes d'argent et autres valeurs contenues et/ou rattachées aux comptes folio numéro 00017263 et 00017198 détenus auprès de la compagnie Forex Capital Markets située au 32 Old Slip road, 10th Floor, New-York, NY, USA, 10005. Ces deux comptes sont détenus par Alain Gagnon.

## POUR CES MOTIFS :

1.  **JE DISPENSE** le Directeur des poursuites criminelles et pénales de donner quelque avis que ce soit quant à la présentation de la requête pour l'émission de la présente ordonnance de blocage ;

2.  **J'ORDONNE** le blocage des biens décrits ci-haut et le blocage de tout intérêt ou droit assurable sur lesdits biens ;

3.  **J'INTERDIS À QUICONQUE** dont notamment mais non limitativement à **Alain Gagnon** et le cas échéant, ses ayants droit, mandataires, prête-noms, héritiers, liquidateurs de succession et autres représentants, **DE SE DÉPARTIR** des biens faisant l'objet de la présente ordonnance de blocage, de les **GREVER**, directement ou indirectement, d'agir de façon à les **GREVER** de quelque charge que ce soit, d'agir de façon à permettre qu'ils soient **ALIÉNÉS OU GREVÉS** de quelque façon que ce soit ;

4.  **J'INTERDIS À QUICONQUE** dont notamment mais non limitativement à **FX Solutions et Forex Capital Markets, D'ENTREPRENDRE, DE CONTINUER, D'EXERCER** ou **D'EXÉCUTER** quelque garantie ou recours que ce soit sur les biens décrits à la présente, sauf avec l'accord écrit du Directeur des poursuites criminelles et pénales à la suite d'une demande écrite en ce sens adressée à celui-ci au 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (téléphone : (514) 873-1096, télécopieur : (514) 873-1236) ;

5.  **J'INTERDIS À QUICONQUE** de remettre quelque bien que ce soit ou de verser directement ou indirectement quelque somme que ce soit ou quelque valeur que ce soit, qu'ils doivent, qu'ils pourraient devoir ou qu'ils pourraient débourser pour

quelque raison que ce soit à **Alain Gagnon**, ainsi qu'à ses ayants droits, mandataires, prête-noms, héritiers, liquidateurs de succession relativement aux biens décrits aux présentes, lesdites sommes devant être versées sans délai au Directeur des poursuites criminelles et pénales au 2050, rue de Bleury, bureau 700, Montréal, Québec, H3A 2J5 (téléphone : 514-873-1096, télécopieur : 514-873-1236), qui les administrera jusqu'à ce qu'un Tribunal compétent statue à leur sujet;

6.  **J'ORDONNE** à la **FX Solutions et Forex Capital Markets** de faire rapport sans délai relativement à toutes sommes d'argent et autres valeurs (placements, régime enregistré d'épargne retraite ou toute autre forme de placements) contenues et/ou rattachées aux comptes bancaires ou aux comptes de valeurs mobilières ou autres, relativement aux items 1 et 2 décrits aux présentes et ce, au Directeur des poursuites criminelles et pénales (à l'attention de son représentant, M$^e$ Claude Haccoun) au 2050, rue de Bleury, bureau 700, Montréal, Québec, H3A 2J5 (téléphone : 514-873-1096, télécopieur : 514-873-1236);

7.  **J'AUTORISE** les parties à s'adresser à un juge d'une Cour compétente pour faire préciser ou modifier la présente ordonnance de blocage ;

8.  **J'ORDONNE** que la présente ordonnance de blocage soit signifiée (par agents de la paix — y compris un agent de la paix américain, huissiers, courrier recommandé, publication dans un journal circulant dans la localité de la dernière adresse connue ou, si aucun journal circule dans cette localité, dans un journal de la localité où est situé l'immeuble ou par dépôt au greffe de la Cour du Québec du district où chaque personne physique visée a sa résidence et/ou chaque personne morale a son siège social ou une place d'affaires) à :

**Alain Gagnon**
57 rue Palma
l'Ange-Gardien (Québec)  J8L 2W7

**FX Solutions**
One Route 17 South, suite 260
Saddle River, NJ
États-Unis, 07458

**Forex Capital Markets**
32 Old Slip Road, 10th Floor
New York, NY
États-Unis, 10005

Rendue à ~~Hull~~, ce 30 $^{ième}$ jour d'octobre 2007

Juge de la Cour du Québec
**JEAN-FRANÇOIS GOSSELIN, J.C.Q.**



Direction des services professionnels

# CERTIFICATION

I, the undersigned, Doris Caroline, a translator with the Ministère de la Justice du Québec, certify that the attached translation, which I prepared, is in all respects a true translation of the Restraint Order made on October 30, 2007, originally written in French and forming part of Court File No. 550-26-000342-070 in the District of Hull, in the Province of Québec.

January 28, 2008

Doris Caroline
Direction des services professionnels

Édifice Louis-Philippe-Pigeon
1200, route de l'Église, 2ᵉ étage
Ste-Foy (Québec) G1V 4M1
Téléphone : (418) 643-1427
Télécopieur : (418) 646-1696
www.justice.gouv.qc.ca

**CANADA**

**COURT OF QUÉBEC**
**Criminal and Penal Division**

**PROVINCE OF QUÉBEC**
**DISTRICT OF HULL**

**NO.** 550-26-000342-070

DIRECTOR OF CRIMINAL AND PENAL
PROSECUTIONS
**Applicant**

**v.**

ALAIN GAGNON
**Respondent**

FX SOLUTIONS
FOREX CAPITAL MARKETS
**Mis en cause**

---

### RESTRAINT ORDER UNDER SECTION 462.33 OF THE CRIMINAL CODE

---

- **CONSIDERING** the *ex parte* application of Claude Haccoun, Criminal and Penal Prosecuting Attorney;

- **CONSIDERING** the affidavit of Corporal Maxime Boutin, a member of the Royal Canadian Mounted Police (RCMP);

- **WHEREAS** the said affidavit meets the requirements of section 462.33 of the Criminal Code;

- **WHEREAS** I am satisfied that giving the notice provided for in subsection 462.33(5) of the Criminal Code could result in the disappearance, dissipation or reduction in value of the property or otherwise affect the property so that all or a part thereof could not be subject to an order of forfeiture under sections 462.37 or 462.38 of the Criminal Code;

- **CONSIDERING** the undertaking of the Director of Criminal and Penal Prosecutions pursuant to section 462.33(7) of the Criminal Code, duly signed by Yves Paradis, mandatary specifically authorized for the purposes of section 462.33(7) of the Criminal Code;

- **WHEREAS** I am satisfied that there are reasonable grounds to believe that there exists property in respect of which an order of forfeiture may be made under subsection 462.37(1) or 462.38(2) of the Criminal Code and, more specifically,



## ITEM 1

All funds and other securities contained in and/or related to account number FX113033 held at the FX Solutions company located at One Route 17 South, Suite 260, Saddle River, NJ, USA 07458, which account is held by Alain Gagnon.

## ITEM 2

All funds and other securities contained in and/or related to account numbers 00017263 and 0017198 held at the Forex Capital Markets company located at 32 Old Slip Road, 10th Floor, New York, NY, USA 10005, which accounts are held by Alain Gagnon.

## FOR THESE REASONS:

1.  **I EXEMPT** the Director of Criminal and Penal Prosecutions from giving any notice whatsoever regarding the presentation of the application for the issue of this restraint order;

2.  **I ORDER** the restraint of the above-described property and the restraint of any interest or insurable right in the said property;

3.  **I PROHIBIT ANY PERSON**, including specifically, but not exclusively, **Alain Gagnon** and, if applicable, his successors, mandataries, nominees, heirs, succession liquidators and other representatives, **FROM DISPOSING OF**, directly or indirectly **CHARGING**, acting to **CHARGE** in any manner whatsoever, or acting to allow to be **ALIENATED OR DISPOSED OF OR CHARGED** in any manner whatsoever the property that is the subject of this restraint order;

4.  **I PROHIBIT ANY PERSON**, including specifically, but not exclusively, **FX Solutions and Forex Capital Markets**, **FROM COMMENCING, CONTINUING, EXERCISING OR EXECUTING** any security or proceeding whatsoever in respect of the property described in this order without the written consent of the Director of Criminal and Penal Prosecutions after a request in writing to that effect to the Director of Criminal and Penal Prosecutions, 2050, rue de Bleury, #7.00, Montréal (Québec) H3A 2J5 (telephone: (514) 873-1096; fax: (514) 837-1236);

5.  **I PROHIBIT ANY PERSON** from giving the possession of any item of property whatsoever or paying or issuing directly or indirectly any monies whatsoever or any securities whatsoever, that they owe, may owe or that they may pay out for any reason whatsoever to **Alain Gagnon** or to his heirs, mandataries, nominees, or succession liquidators in connection with the property described in this order, the said sums to be remitted without delay to the Director of Criminal and Penal Prosecutions, 2050, rue de Bleury, Suite 700, Montréal (Québec) H3A 2J5 (telephone: (514) 873-1096; fax: (514) 837-1236), who will manage them until a competent court makes an order in their respect;

6.  **I ORDER FX Solutions and Forex Capital Markets** to report without delay all funds and other securities (investments, registered retirement savings plans, or any other form of investment) contained in and/or related to bank accounts or



securities accounts or others in connection with items 1 and 2 described in this order to the Director of Criminal and Penal Prosecutions (to the attention of the Director's representative, Claude Haccoun), 2050, rue de Bleury, Suite 700, Montréal (Québec) H3A 2J5 (telephone: (514) 873-1096; fax: (514) 837-1236);

7.    I **AUTHORIZE** the parties to apply to a judge of a competent court for clarification or variation of this restraint order;

8.    I **ORDER** the service of this restraint order (by a peace officer - including an American peace officer, bailiff, registered mail, publication in a newspaper circulating in the area of the last known address or, if no newspaper circulates in the area then a newspaper in the area in which the immovable is situated, or by a filing in the office of the Court of Québec in the district in which each individual concerned resides and/or each legal person has its head office or a place of business) to:

Alain Gagnon
57 rue Palma
L'Ange-Gardien (Québec) J8L 2W7

FX Solutions
One Route 17 South, Suite 260
Saddle River, NJ
USA 07458

Forex Capital Markets
32 Old Slip Road, 10th Floor
New York, NY
USA 10005

Made at Gatineau, this 30th day of October, 2007.


_____[*signature*]_____
Judge of the Court of Québec
JEAN-FRANÇOIS GOSSELIN, J.C.Q.

CANADA                                    COUR DU QUÉBEC
                                          Chambre criminelle et pénale

PROVINCE DE QUÉBEC
DISTRICT DE HULL

NO :  550-26-000303-072                   DIRECTEUR DES POURSUITES
                                          CRIMINELLES ET PÉNALES
                                          Requérant

                                          c.

                                          ALAIN GAGNON
                                          ELAINE PATRICE
                                          Intimés

                                          OPTIONS EXPRESS
                                          GENDARMERIE ROYALE DU CANADA (GRC)
                                          Mises-en-cause

---

### ORDONNANCE MODIFIANT L'ORDONNANCE DE BLOCAGE

---

CONSIDÉRANT la requête présentée par le Directeur des poursuites criminelles et pénales;

CONSDIÉRANT que la modification de l'ordonnance de blocage vise selon toute évidence la correction d'une erreur cléricale;

CONSIDÉRANT que la modification au numéro de compte de l'Item 4 de l'ordonnance est appropriée;

POUR CES MOTIFS :

-    JE DISPENSE le Directeur des poursuites criminelles et pénales de donner avis aux parties;

- **J'ORDONNE** *la modification immédiate du numéro de compte décrite à l'Item 4 de* l'ordonnance de blocage pour se lire ainsi : C421M6YH;

- **J'ORDONNE** la modification du numéro de compte de l'Item 4 de l'ordonnance de blocage 550-26-000303-072, nonobstant les délais d'appel.

Rendue à Hull, ce    9    ième jour de ~~mars~~ AVRIL 2008

Juge de la Cour du Québec

*[TRANSLATION]*

CANADA

PROVINCE OF QUÉBEC
DISTRICT OF HULL

No. 550-26-000303-072

COURT OF QUÉBEC
**Criminal and Penal Division**

DIRECTOR OF CRIMINAL AND PENAL
PROSECUTIONS
**Applicant**

v.

ALAIN GAGNON
ELAINE PATRICE
**Respondents**

OPTIONS EXPRESS
ROYAL CANADIAN MOUNTED POLICE (RCMP)

**Mis en cause**

---

## ORDER TO VARY A RESTRAINT ORDER

---

**CONSIDERING** the application of the Director of Criminal and Penal Prosecutions;

**WHEREAS** it is clear that the variance of the Restraint Order is to correct a clerical error;

**WHEREAS** it is appropriate to vary the account number described in Item 4 of the Restraint Order;

**FOR THESE REASONS:**

- I **EXEMPT** the Director of Criminal and Penal Prosecutions from giving notice to the parties;

- I **ORDER** that the account number described in Item 4 of the Restraint Order be varied immediately to read: C421M6YH;

1

**I ORDER** that the account number described in Item 4 of Restraint Order 550-26-000303-072 be varied notwithstanding the time limit for appeal.


Made at Hull, this 9th day of April, 2008.


_____[signature]_____

Judge of the Court of Québec



**Ministère**
**de la Justice**
**Québec** ◼◼
             ◼◼
Direction des services professionnels

# CERTIFICATION

I, the undersigned, Doris Caroline, a translator with the Ministère de la Justice du Québec, certify that the attached translation, which I prepared, is in all respects a true translation of the Order to Vary a Restraint Order, made on April 9, 2008, originally written in French and forming part of Court File No. 550-26-000303-072 in the District of Hull, in the Province of Québec.

April 11, 2008

*Doris Caroline*

Doris Caroline
Direction des services professionnels

Édifice Louis-Philippe-Pigeon
1200, route de l'Église, 2ᵉ étage
Ste-Foy (Québec) G1V 4M1
Téléphone : (418) 643-1427
Télécopieur : (418) 646-1696
www.justice.gouv.qc.ca